# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| TAMEIKA LEWIS, ) | CIVIL ACTION |
| ) | FILE NO. 4:20-cv-00226-CDL |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| ST. FRANCIS HEALTH, LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Tameika Lewis and Defendant St. Francis Health, LLC hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendants are dismissed, with prejudice, and that each party shall bear their own attorney's fees, costs, and expenses of litigation.

Respectfully submitted on this 28th day of April, 2021,

*s/ Marissa R. Torgerson*
Steven E. Wolfe (GA #142441)
Marissa R. Torgerson (GA #848356)
Legare Attwood & Wolfe, LLC
125 Clairemont Avenue, Suite 380
Decatur, GA 30030
Telephone:  (470) 823-4000
Facsimile:  (470)201-1212
Email: sewolfe@law-llc.com
mrtorgerson@law-llc.com

Attorneys for Plaintiff

*s/ Joshua T. Wood*
Joshua T. Wood (TN #35395) admitted pro hac vice
Mark W. Peters (TN #018422) admitted pro hac vice
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: mark.peters@wallerlaw.com
josh.wood@wallerlaw.com

Robert C. Martin, Jr., (GA # 473886)
J. Drew Brooks, (GA #  733361)

Hall Booth Smith, P.C.
1301 1st Avenue, Suite 100
Columbus, GA 31901
Telephone: (706) 243-6239
Facsimile: (706) 322-7747
Email: rcm@hallboothsmith.com
DBrooks@hallboothsmith.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | | |
|---|---|---|
| TAMEIKA LEWIS, | ) | CIVIL ACTION |
| | ) | FILE NO. 4:20-cv-00226-CDL |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ST. FRANCIS URGENT CARE, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2021, I electronically filed **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Joshua T. Wood
Josh.wood@wallerlaw
Mark W. Peters
mark.peters@wallerlaw.com
Robert C. Smith
rcm@hallboothsmith.com
J. Drew Brooks
dbrooks@hallboothsmith.com

                                          LEGARE, ATTWOOD & WOLFE, LLC

By:   */s/ Marissa R. Torgerson*
        Marissa R. Torgerson
        Georgia Bar No. 848356
        Counsel for Plaintiff